G. A. TYLER, W. P. WILKINSON, W. C. JACKSON, W. H. McBRIDE and C. B. JONES, as County Commissioners of Volusia County, Florida, and as constituting the Board of County Commissioners of Volusia County, Florida, and MILLARD B. CONKLIN, sometimes known as M. B. CONKLIN, a resident of Volusia County, Florida, *Appellants,* v. J. E. PEACOCK, personally and as nominee of the Democratic Party for the office of County Judge in and for Volusia County, Florida, nominated in the Primary Election held June 5th, 1928, *Appellee.*

Division B.

Decision filed November 20, 1929.

*Hull, Landis & Whitehair,* for Appellants;

*Scarlett, Jordan, Futch & Fielding,* for Appellee.

PER CURIAM.—This was a suit to prohibit the Board of County Commissioners of Volusia County placing the name of a certain person on the ballot to be used in the general election of 1928, to be voted for for the office of County Judge.

The issues are moot and, therefore, the cause should be dismissed. It is so ordered.

Dismissed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.